**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for TAIWAN WALKER

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-07-288 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date:  September 21, 2007 |
| TAIWAN WALKER, | Time: 10:00 a.m. |
| Defendant. | Court: Hon. Garland E. Burrell, Jr. |

Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from November 30, 2007 to January 18, 2008 at 9:00 a.m.[1] This continuance is requested because counsel for Defendant needs time to provide the Government with additional documents relevant to plea negotiations.

In addition, the parties agree and stipulate that time be excluded from November 30, 2007 to January 18, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv) for defense preparation.

---

[1] The parties have been advised by this Court's Clerk that January 18, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

Dated: November 28, 2007        Respectfully submitted,

                          /s/ Johnny L. Griffin, III
                          JOHNNY L. GRIFFIN, III
                          Attorney for TAIWAN WALKER

Dated: November 28, 2007

                          /s/Heiko P. Coppola
                          HEIKO P. COPPOLO
                          Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: November 28, 2007

                          GARLAND E. BURRELL, JR.
                          United States District Judge

---

[1] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.