1

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**

2

**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200

3

Sacramento, CA 95814
Tel.: (916) 444-5557

4

Fax: (916) 444-5558

5

Attorney for TAIWAN WALKER

6

**UNITED STATES DISTRICT COURT**

7

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

UNITED STATES OF AMERICA,            )   Case No.: CR S-07-288 GEB
                                     )

9

        Plaintiff,                  )   STIPULATION AND PROPOSED ORDER
                                     )   TO CONTINUE STATUS CONFERENCE

10

    vs.                             )
                                     )   Date:  January 18, 2008

11

TAIWAN WALKER,                       )   Time:  9:00 a.m.
                                     )   Court:  Hon. Garland E. Burrell, Jr.

12

        Defendant.                  )
                                     )

13

14

      Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L.

15

Griffin III, and the United States of America, through Assistant United States Attorney

16

Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference

17

in the above captioned case from January 18, 2008 to February 29, 2008 at 9:00 a.m.[1] This

18

continuance is requested because counsel for defendants need additional time to conduct

19

further investigation, to discuss the plea agreement with counsel for the Government and

20

engage in settlement negotiations.

21

22

23

24

25

[1] The parties have been advised by this Court's Clerk that February 29, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

In addition, the parties agree and stipulate that time be excluded from January 18, 2008 to February 29, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv) for defense preparation.

Dated: January 10, 2008                      Respectfully submitted,

                                    /s/ Johnny L. Griffin, III
                                   JOHNNY L. GRIFFIN, III
                                   Attorney for TAIWAN WALKER

Dated: January 10, 2008

                                    /s/Heiko P. Coppola
                                   HEIKO P. COPPOLO[2]
                                   Assistant United States Attorney

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  January 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2]  Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.