**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for TAIWAN WALKER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR S-07-288 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | Date:  February 29, 2008 |
| TAIWAN WALKER, ) | Time:  9:00 a.m. |
| ) | Court:  Hon. Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |

Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from February 29, 2008 to April 25, 2008 at 9:00 a.m.[1] This continuance is requested to allow government counsel sufficient time to review various defense investigative reports that were recently provided to the government. The government's thorough review of these reports is necessary in negotiating a mutually agreeable disposition in this matter.

---

[1] The parties have been advised by this Court's Clerk that April 25, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

1  Further, the parties agree and stipulate that time be excluded from February 29, 2008 to

2  April 25, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

3  Dated: February 28, 2008                    Respectfully submitted,

4
                                            /s/ Johnny L. Griffin, III
5                                           JOHNNY L. GRIFFIN, III
                                            Attorney for TAIWAN WALKER
6  Dated: February 28, 2008

7
                                            /s/Heiko P. Coppola [2]
8                                           HEIKO P. COPPOLO
                                            Assistant United States Attorney
9

10                                              ORDER

11
       Based on the stipulation of the parties and good cause apparent therein, the Court
12
hereby finds that the failure to grant a continuance in this case would deny Defendant's
13
counsel reasonable time necessary for effective preparation, taking into account the exercise
14
of due diligence. The Court specifically finds that the ends of justice are served by the
15
granting of such continuance and outweigh the interests of the public and the Defendant in a
16
speedy trial.
17
       Based on these findings and pursuant to the stipulation of the parties, the Court
18
hereby adopts the stipulation of the parties in its entirety as its order.
19
       **IT IS SO ORDERED.**
20
       Dated: February 28, 2008
21

22
                                            _____
                                            GARLAND E. BURRELL, JR.
23                                          Chief United States District Judge

24

25

---

[2] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.