**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for TAIWAN WALKER

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-07-288 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| TAIWAN WALKER, | Date:  April 25, 2008 |
| | Time:  9:00 a.m. |
| Defendant. | Court:  Hon. Garland E. Burrell, Jr. |

Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from April 25, 2008 to May 30, 2008 at 9:00 a.m.[1] This continuance is requested because defense counsel has recently provided discovery to the Government and counsel for the Government needs additional time to review and conduct further investigation concerning the information contained in the discovery.

Further, the parties agree and stipulate that time be excluded from April 25, 2008 to May 30, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that May 30, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

1  Dated: April 23, 2008                    Respectfully submitted,

2                                             /s/ Johnny L. Griffin, III
                                              JOHNNY L. GRIFFIN, III
3                                             Attorney for TAIWAN WALKER

4  Dated: April 23, 2008

5
                                              /s/Heiko P. Coppola [2]
6                                             HEIKO P. COPPOLO
                                              Assistant United States Attorney
7

8                                 ORDER

9      Based on the stipulation of the parties and good cause apparent therein, the Court

10 hereby finds that the failure to grant a continuance in this case would deny Defendant's

11 counsel reasonable time necessary for effective preparation, taking into account the exercise

12 of due diligence. The Court specifically finds that the ends of justice are served by the

13 granting of such continuance and outweigh the interests of the public and the Defendant in a

14 speedy trial.

15     Based on these findings and pursuant to the stipulation of the parties, the Court

16 hereby adopts the stipulation of the parties in its entirety as its order.

17     **IT IS SO ORDERED.**

18 Dated:  April 23, 2008

19
20
21                                            GARLAND E. BURRELL, JR.
                                              United States District Judge
22
23
24
25

---

[2] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND ORDER - 2