1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  **SILKY SAHNAN (SBN 242850)**
   1010 F Street, Suite 200
3  Sacramento, CA 95814
   Tel.: (916) 444-5557
4  Fax: (916) 444-5558

5  Attorney for TAIWAN WALKER

6  **UNITED STATES DISTRICT COURT**

7  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8  UNITED STATES OF AMERICA,         ) Case No.: CR S-07-288 GEB
                                     )
9         Plaintiff,                 ) STIPULATION AND PROPOSED ORDER
                                     ) TO CONTINUE STATUS CONFERENCE
10    vs.                            )
                                     ) Date:  June 27, 2008
11  TAIWAN WALKER,                   ) Time:  9:00 a.m.
                                     ) Court: Hon. Garland E. Burrell, Jr.
12        Defendant.                 )
                                     )

14  Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L.

15  Griffin III, and the United States of America, through Assistant United States Attorney

16  Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference

17  in the above captioned case from June 27, 2008 to July 25, 2008 at 9:00 a.m.[1] This

18  continuance is requested because defense counsel recently follow-up law enforcement

19  reports in connection with discovery provided by the defense, and the parties now need

20  additional time to finalize terms of a written plea agreement.

22  Further, the parties agree and stipulate that time be excluded from June, 27, 2008 to

23  July 25, 2008, pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that July 25, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

1 | Dated: June 26, 2008                              Respectfully submitted,

 /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for TAIWAN WALKER

Dated: June 26, 2008

 /s/Heiko P. Coppola [2]
HEIKO P. COPPOLO
Assistant United States Attorney

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 6/26/08

United States District Judge

---

[2] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

STIPULATION AND ORDER - 2