**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for TAIWAN WALKER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR S-07-288 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | Date:  August 15, 2008 |
| TAIWAN WALKER, ) | Time:  9:00 a.m. |
| ) | Court: Hon. Garland E. Burrell, Jr. |
| Defendant. ) | |
| ) | |

Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from August 15, 2008 to September 5, 2008 at 9:00 a.m.[1] This continuance is requested because the Government has provided a draft written plea agreement and additional time is need to finalize the terms of the plea agreement and advise Defendant regarding the ramifications of his plea agreement.

---

[1] The parties have been advised by this Court's Clerk that September 5, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

In addition, the parties agree and stipulate that time be excluded from August 15, 2008 to September 5, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv) for defense preparation.

Dated: August 14, 2008                    Respectfully submitted,

                                         /s/ Johnny L. Griffin, III
                                        JOHNNY L. GRIFFIN, III
                                        Attorney for TAIWAN WALKER

Dated: August 14, 2008

                                         /s/Heiko P. Coppola
                                        HEIKO P. COPPOLO
                                        Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 8/22/08

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.