**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for TAIWAN WALKER

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-07-288 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date:  October 17, 2008 |
| TAIWAN WALKER, | Time:  9:00 a.m. |
| Defendant. | Court:  Hon. Garland E. Burrell, Jr. |

Defendant TAIWAN WALKER, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the status conference in the above captioned case from October 17, 2008 to October 31, 2008 at 9:00 a.m.[1] This continuance is requested because negotiations between the parties on the final terms and conditions of the plea agreement concluded today.  Based upon the agreed terms and conditions counsel for the Government has provided Defense counsel with the final plea agreement.  Counsel for Defendant needs additional time to discuss the new terms and

---

[1] The parties have been advised by this Court's Clerk that October 31, 2008 at 9:00 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND ORDER - 1

conditions of the plea agreement with Defendant and discuss the ramifications of accepting the plea.

Further, the parties agree and stipulate that time be excluded from October 17, 2008 to October 31, 2008 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

Dated: October 16, 2008                    Respectfully submitted,

                                              /s/ Johnny L. Griffin, III
                                              JOHNNY L. GRIFFIN, III
                                              Attorney for TAIWAN WALKER

Dated: October 16, 2008

                                              /s/Heiko P. Coppola [2]
                                              HEIKO P. COPPOLO
                                              Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  10/22/08

                                     Garland E. Burrell, Jr.
                                     United States District Judge

---

[2] Assistant United States Attorney Heiko P. Coppola telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.