```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )   2:07-CR-0288-GEB
                            )
            Plaintiff,      )   FINAL ORDER OF FORFEITURE
                            )
       v.                   )
                            )
TAIWAN WALKER,              )
                            )
            Defendant.      )
_____)
```

WHEREAS, on or about December 9, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Taiwan Walker forfeiting to the United States the following property:

        a)   One Glock 9mm semiautomatic pistol, serial number AAB497 and 9mm ammunition.

AND WHEREAS, beginning on December 10, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third

parties of their right to petition the Court within sixty (60) days from the first day of the publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Taiwan Walker.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: May 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge